UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :          MAGISTRATE NO. 07-901(AET)
                                  :
v.                                :
                                  :          ORDER
YILDIRIM SIMSEK                   :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___12TH___ day of ___MARCH___, 2012,

ORDERED that _____LISA VAN HOECK_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
DOUGLAS E. ARPERT, U.S.M.J.
United States Magistrate Judge